AO 466A (Rev. 12/09)  Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No.  7:21-MJ-00005-002 |
| ) | |
| Jacob Fracker ) | Charging District's Case No.   1:21-MJ-00036 |
| *Defendant* ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
**(Complaint or Indictment)**

I understand that I have been charged in another district, the *(name of other court)*   USDC of the District of Columbia   .

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

❐ an identity hearing and production of the warrant.

❐ a preliminary hearing.

❐ a detention hearing.

☒ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district.  I request that those hearings be held in the prosecuting district, at a time set by that court.

   I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:   01/13/2021                           Jacob Fracker by Robert S. Ballou with permission
                                             *Defendant's signature*

                                             Randy Cargill by Robert S. Ballou with permission
                                             *Signature of defendant's attorney*


                                             *Printed name of defendant's attorney*